UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)**  23-3731, 23-4008

**Case Name**  Carroll Shelby Licensing, Inc., et al., v. Halicki, et al.

**Requesting Party Name(s)**  Halicki, et al.

I am:
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

I request an extension of time to file a:
- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☐ Other (*you **must** describe the document*)

The requested new due date is: April 29, 2024

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

See attached declaration of Stefan C. Love. In short, appellate counsel drafting the brief is new to the case and has had several pressing deadlines in December, January, and February; the district court record is larger and more complex than in a typical appeal; and therefore, the additional time is necessary to prepare a complete, clear, and accurate brief.

**Signature**  s/ *Stefan C. Love*   **Date** February 15, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**   1   New 12/01/2018

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my ☐ request.
**(Examples: first, second)**

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: ☐ .

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** ☐ **Date** ☐
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**      2      *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [opening] brief.

   (Examples: opening, answering, reply, first cross-appeal)

2. The brief's current due date is: March 14, 2024

3. The brief's first due date was: February 13, 2024

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   See attached declaration.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** | s/ *Stefan C. Love* | **Date** | February 15, 2024

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**             3             *New 12/01/2018*

## DECLARATION OF STEFAN C. LOVE

Stefan Caris Love declares:

1. I am an attorney at Greines, Martin, Stein & Richland LLP (GMSR), a firm specializing in appellate practice. I represent the appellants and cross-respondents Halicki, et al. (appellants). I am the attorney on this case with primary responsibilities for reviewing the record and drafting the briefs. I am supervised in this matter by GMSR partner Gary Wax. GMSR partner Tim Coates is assisting in a limited-time consulting role. I have personal knowledge of the facts stated in this declaration and could and would competently testify thereto.

2. By order of this Court, appellants' opening brief was originally due February 13, 2024. (ECF No. 11.) Appellants submitted a streamlined request to extend the time for filing the opening brief by 30 days to March 14, 2024, which this Court granted on February 2. (ECF No. 17.)

3. Appellants initially requested only this 30-day extension because I believed it would allow sufficient time to prepare the opening brief. However, upon further review of the record, as detailed further below, this appeal is far more complex than I initially appreciated, and more time is needed to prepare an opening brief that adequately presents the issues to this Court.

4. Therefore, appellants respectfully request a further 46-day extension of the briefing deadline, to Monday, April 29, 2024, for several reasons.

5. Mr. Wax and I joined this matter on December 7, 2023, with no prior knowledge or experience of the underlying disputes, and just before the winter holiday recess.

6. Since then, we have both had several pressing deadlines in other matters:

    a. *Loggervale v. County of Alameda*, Ninth Circuit Court of Appeals, Nos. 23-15483 & 23-15985 (consolidated) and No. 23-16199 (separate). Following a lengthy jury trial, I am the primary author of the appellants' briefs. Our reply brief in the appeal from the judgment (Nos. 23-15483 & 23-15985) was filed January 8, 2024, and our reply brief in the appeal from the attorney fee award (23-16199) was filed February 2, 2024. In addition, on February 7, the appellees unexpectedly filed statements in both appeals arguing that oral argument is not necessary, which has required me promptly to draft and file a counter-statement on behalf of appellants explaining why oral argument is necessary.

    b. *Wong v. Santa Monica-Malibu Unified School District*, California Court of Appeal (Second District, Division Eight), No. B327589. In this appeal from a long jury trial, I am the primary author of the School District's briefs as appellant. On February 7, the Court of Appeal issued the default notice, triggering the final 15 days in which to file the brief, , meaning the brief must be filed by February 22.

    c. *Westlake Farms, Inc. v. County Sanitation District No. 2 of Los Angeles County*, California Court of Appeal (Second District,

5

Division Six), No. B322095. In this appeal from a long jury trial, I am the primary author of the Sanitation District's briefs as appellant. After having already requested and received multiple extensions, our combined appellant's reply brief and cross-respondent's brief was due February 7, 2024. The Court of Appeal has not yet issued the default notice triggering the final 15 days in which to file the brief, but it could do so at any time.

d. *People of the State of California et al. v. Dodg Corp. et al.*, California Court of Appeal (First District, Division Four), No. A163757. Mr. Wax drafted and revised GMSR's appellants' reply brief, which was filed on January 16, 2024 after extensions.

e. *Mosley v. Pacifica Bakersfield LP*, California Court of Appeal (Fifth District). Mr. Wax drafted and revised GMSR's combined appellant's reply brief and cross-respondents' brief in this complex appeal—involving a $23 million judgment. He filed the brief, which totaled over 16,000 words, on January 2, 2024.

f. A*granovich v. Lynn*, Superior Court of California (County of Orange). Mr. Wax has been working on this jury trial—now in the statement of decision stage—for several months. Although he is not counsel of record, he has been working with trial counsel on objections to the court's tentative injunction order, which is due on February 20, 2024, as well as conducting legal research to support objections to the court's tentative statement of decision and upcoming motions for a new trial

and judgment notwithstanding the verdict. All of these filings will be due later in February or in early March.

g. *Porch.com, Inc. v. Kandela, LLC* (Second District). The record just filed today, February 13, 2024, in this appeal. Mr. Wax, who represents the respondent, is new to the case, and is now responsible for reviewing the entire record on appeal (including a 5-Volume Clerk's Transcript) to begin preparing the respondent's brief after the appellant files the opening brief, which is due on March 25, 2024.

h. On March 7, 2024 Mr. Wax will be moderating a presentation with Justice Currey on special verdicts for Association of Business Trial Lawyers (ABTL). Along with appearing at the presentation, Mr. Wax will be responsible for creating the materials and the program content before that date.

i. Mr. Wax is in charge of marketing and business development for our firm, Greines, Martin, Stein and Richland, and has several marketing-related deadlines over the next two months to help other attorneys at the firm with their marketing efforts.

7. Our late acquaintance with this case, and the press of our other deadlines, have extended the time required to review the record, evaluate possible appellate issues, and prepare an opening brief.

8. Other factors also extend the time to prepare the opening brief:

a. The district court record is larger than in the typical appeal, involving many parties, claims and cross-claims, extensive motion practice, multiple sets of summary judgment motions

and cross-motions, and a two-day bench trial, with direct testimony submitted via voluminous declarations, and with all parties filing lengthy proposed findings of fact and conclusions of law—all of which require close review.

    b. Our appeal addresses both (1) claims dismissed following the other side's motion for summary judgment and (2) claims dismissed following the bench trial. These distinct procedural postures raise different standards of review and define two different records on appeal. And beyond the distinct procedural postures, these claims are legally and factually related in complex ways: they all concern Halicki's rights in the car character "Eleanor" from the *Gone in 60 Seconds* film franchise, rights whose contours depend on federal copyright law, state contract law (involving multiple contracts between the parties), and the relationship between the two.

9.     I have been diligently reviewing the record and preparing the opening brief as time allows. But these other matters, the sizable record, and the complex issues mean that additional time is needed to ensure the appellants' opening brief is thorough, clear, and as useful as possible in presenting the facts and issues to this Court.

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on February 15, 2024 at Los Angeles, California.

                                                          s/ *Stefen C. Love*
                                                             Stefen C. Love

## CERTIFICATE OF SERVICE
[23-3731 and 23-4008]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 6420 Wilshire Boulevard, Suite 1100, Los Angeles, California 90048, and my email address is pherndon@gmsr.com.

I certify that on February 15, 2024, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that each party in the case is represented by counsel who are registered CM/ECF users and will be served by the appellate CM/ECF system.

        *Pauletta L. Herndon*
        Pauletta L. Herndon