UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 13 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CARROLL SHELBY LICENSING, INC. and CARROLL HALL SHELBY TRUST, <br><br> Plaintiff-ctr-defendants - Appellants, <br><br> v. <br><br> DENICE SHAKARIAN HALICKI; et al., <br><br> Defendant-ctr-claimants - Appellees, <br><br> CLASSIC RECREATIONS, LLC; et al., <br><br> Counter-defendants - Appellees. | Nos. 23-3731, 23-4008 <br><br> D.C. No. 8:20-cv-01344-MCS-DFM Central District of California, Santa Ana <br><br> ORDER |

The parties should be prepared to discuss the arguments raised in the Brief of 20 Professors of Law and Public Knowledge as *Amici Curiae* in Support of Affirmance, Dkt. No. 46, among other issues, at oral argument.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT